IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:11-cv-00981-GLL

FRANK R. ZOKAITES,

    Plaintiffs,

vs.

TRANSUNION CORPORATION,
EQUIFAX, INC., AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER OF COURT:

AND NOW this 29th day of September, 2011, upon consideration of Plaintiff's Motion for Additional Time to Respond to Defendants' Joint Motion to Dismiss, IT IS HEREBY ORDERED that said Motion is GRANTED and that the Plaintiff shall file a response to the Defendants' Joint Motion to Dismiss by October 17, 2011.

        By the Court:

        _____,C.J.
        Hon. Gary L. Lancaster, Chief U.S. District Judge