IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:11-cv-00981-GLL

FRANK R. ZOKAITES,

    Plaintiffs,

vs.

TRANSUNION CORPORATION,
EQUIFAX, INC., AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

**ORDER OF COURT:**

AND NOW this 13th day of Oct, 2011, upon consideration of the Plaintiff's Motion to Amend Caption, it is hereby ORDERED that said Motion is GRANTED and that the Clerk is hereby directed to amend the caption in this proceeding by deleting the name "Equifax, Inc." and adding the name "Equifax Information Services, LLC".

By the Court:

_____ CJ