IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:11-cv-00981-GLL

FRANK R. ZOKAITES,

    Plaintiffs,

vs.

TRANSUNION CORPORATION,
EQUIFAX, INC., AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.
_____/

## ORDER OF COURT:

AND NOW this 27 day of Feb, 2012, upon consideration of the Consented Motion to Dismiss Claims as to Trans Union, LLC (improperly named in Plaintiff's Complaint as TransUnion Corporation), it is hereby ORDERED that said Motion is GRANTED and that all claims filed by Plaintiff against Trans Union, LLC are hereby dismissed, with prejudice. Plaintiff Frank R. Zokaites and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

By the Court:

_____ CJ