IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CASE NO. 2:11-cv-00981-GLL

FRANK R. ZOKAITES,

        Plaintiffs,

vs.

TRANSUNION CORPORATION,
EQUIFAX, INC., AND EXPERIAN
INFORMATION SOLUTIONS, INC.,

        Defendants.
_____/

## ORDER OF COURT:

AND NOW this _26_ day of _Oct_____, 2012, upon consideration of the Plaintiff Zokaites' Motion to Seal Court Records, it is hereby ORDERED that said Motion is **Denied** ~~GRANTED and that the records in this case shall be sealed and the Clerk shall take all steps necessary to ensure that the records may not be viewed by the public absent an order of this Court.~~

By the Court:

_____ CJ